# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132047 & (74)

OHIO CASUALTY INSURANCE COMPANY,
       Plaintiff-Appellee,

v

DISCOUNT MARBLE & GRANITE, INC.,
CHIEF'S TRUCKING CO., GENERAL
NOLI, U.S.A., INC., RAMILO S.A.,
MEDITERRANEAN SHIPPING COMPANY and
MEDITERRANEAN SHIPPING COMPANY, SA,
       Defendants-Appellees,
and

JOSEPH RICHARD PARKS and SUSAN PARKS,
       Defendants-Appellants,
and

MAERSK, INC.,
       Defendant.
_____

SC: 132047
COA: 267494
Oakland CC: 04-057873-CK

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2006

_____
Clerk